IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ANTONIO LOVE,** | : | |
| Plaintiff, | : | |
| vs. | : | CA 10-0166-CG-C |
| **CITY OF MOBILE, et al.,** | : | |
| Defendants. | : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. ' 636(b)(l)(B) and dated June 21, 2010 is ADOPTED as the opinion of this Court.

Plaintiff's claim against Gooden for negligent or wanton failure to properly train managers and employees is **DISMISSED WITH PREJUDICE**; the motion to dismiss is otherwise **DENIED.**

**DONE and ORDERED** this 8th day of July, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE