IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| ANTONIO LOVE, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 10-0166-CG-C |
| | ) | |
| CITY OF MOBILE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The plaintiff having filed a notice of dismissal of his claims against defendants Officer David Fenner and Officer Albert Priselac without prejudice pursuant to Rule 41(a)(1)(A)(i); plaintiff's claims against said defendants as set out in his second amended complaint hereby are **DISMISSED without prejudice**.

**DONE and ORDERED** this 8th day of December, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE