# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ANTONIO LOVE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 10-0166-CG-C |
| CITY OF MOBILE, et al. | ) ) ) |
| Defendants. | ) |

**ORDER**

This cause is before the court on the Joint Motion to Dismiss Defendants Dollar General Corporation and Kenneth Gooden (Doc. 151).

Upon due consideration, the motion is hereby **GRANTED**. Therefore, the plaintiff's claims against Defendants Dollar General Corporation and Kenneth Gooden are hereby **DISMISSED with prejudice** pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Each party shall bear his or its own costs.

**DONE and ORDERED** this 9th day of August, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE