# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **ANTONIO LOVE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 10-0166-CG-C** |
| | ) | |
| **CITY OF MOBILE, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## FINAL JUDGMENT

In accordance with the court's memorandum opinion and order entered on June 2, 2011 (Doc. 136), and the memorandum opinion and order entered this date, it is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor defendants, City of Mobile, Harry Milbrath, Bryan Mims, Carlos Walton, Clay Godwin, Joe Cotner and Kevin Rodgers, and against plaintiff, Antonio Love.[1] Therefore, plaintiff's claims against said defendants are hereby **DISMISSED WITH PREJUDICE**. Costs of the aforementioned defendants are to be taxed against the plaintiff.

**DONE and ORDERED** this 29th day of August, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

---

[1]The court notes that plaintiff's claims against defendants, White-Spunner & Associates, Inc. and Azalea Center, LLC, were dismissed without prejudice on stipulation of the parties (Doc. 60) as of November 2, 2010 by order dated October 27, 2010 (Doc. 64); that plaintiff's claims against defendants, Officer David Fenner and Officer Albert Priselac, were dismissed without prejudice pursuant to the plaintiff's notice of voluntary dismissal (Doc. 77) by order dated December 8, 2010 (Doc. 78); and that plaintiff's claims against defendants, Dollar General Corporation and Kenneth Gooden, were dismiss with prejudice pursuant to the parties' joint motion to dismiss (Doc. 151) by order dated August 9, 2011 (Doc. 153).